# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## RE-SENTENCING

UNITED STATES OF AMERICA,
Plaintiff,

v.

Darryl Lamont Davis (1),
Defendant.

**COURT MINUTES - CRIMINAL**

Case No: 01-227 (1) (JRT/FLN)
Date: March 16, 2005
Court Reporter: Kristine Mousseau
Time Commenced: 2:56 pm
Time Concluded: 3:11 pm
Time in Court: 0 Hours & 17 Minutes

Before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

For Plaintiff: David P. Steinkamp
For Defendant: Richard H. Kyle 9 FPD : CJA 9 Retained 9 Appointed

: **Motions for Re-Sentencing.**
: Government's Motion is : granted
: Defendant's Motion was withdrawn at hearing.

IT IS ORDERED: BOP reduced to a total term of 17 months. Judgment and Commitment Order to be amended.

s/Debra Lancette
Judicial Assistant