PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
JAN 13 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Darryl Lamont Davis**

**Docket No. 0:01CR00227-001(JRT)**

**Petition on Supervised Release**

COMES NOW **Darren F. Kerns**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Darryl Lamont Davis** who was sentenced for Possession With the Intent to Distribute Cocaine Base on March 20, 2003, by the Honorable John R. Tunheim, who fixed the period of supervision at 5 years supervised release and imposed the general terms and conditions theretofore adopted by the Court and also imposed the special conditions listed below. On March 25, 2005, Mr. Davis was resentenced to 17 months imprisonment, followed by 5 years supervised release with the same conditions of supervised release.

Participate in drug/alcohol treatment program
Substance testing
No gang association

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #5: The defendant shall participate in a program for drug abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling or a support group.

On December 10, 2005, the defendant failed to appear for a scheduled drug test as directed by the U.S. Probation Office.

STANDARD CONDITION #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

On January 5, 2006, the defendant tested positive for cocaine at the Lifestyles Treatment Center. On January 9, 2006, the defendant admitted to this officer that he unknowingly used cocaine on January 5, 2006.

On January 9, 2006, the defendant tested positive for cocaine at the U.S. Probation Office. The defendant admitted to unknowingly using cocaine on January 5, 2006, but maintains that he has not engaged in any additional use of cocaine.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

SCANNED
JAN 13 2006
U.S. DISTRICT COURT MPLS

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 13th day of January, 2006, and ordered filed and made a part of the records in the above case.

John R. Tunheim

Honorable John R. Tunheim
U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Darren Kerns

Darren F. Kerns
U.S. Probation Officer

Executed on January 10, 2006
Place Minneapolis