Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Darryl Lamont Davis

Docket No. 0:01CR00227-001(JRT)

## HEARING WAIVER

I, Darryl Lamont Davis, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

Signed: Darryl Davis ____________ Witness: ____________

Darryl Lamont Davis
Supervised Releasee

Dated: 1-9-06

SCANNED
JAN 13 2006
U.S. DISTRICT COURT MPLS