PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
MAR 1 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Darryl Lamont Davis**

**Docket No. 0:01CR00227-001(JRT)**

**Petition on Supervised Release**

COMES NOW **Elizabeth M. Callahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Darryl Lamont Davis** who was sentenced for Possession With the Intent to Distribute Cocaine Base on March 20, 2003, by the Honorable John R. Tunheim, who fixed the period of supervision at 5 years supervised release and imposed the general terms and conditions theretofore adopted by the Court and also imposed the special conditions listed below. On March 25, 2005, Mr. Davis was resentenced to 17 months imprisonment, followed by 5 years supervised release with the same conditions of supervised release.

Participate in drug/alcohol treatment program, substance testing, and no gang association

60 days home confinement (modified on January 13, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 1, 2006, the defendant failed to appear for a scheduled drug test as directed by the U.S. Probation Office.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for an additional period of 30 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 1st day of March, 2006, and ordered filed and made a part of the records in the above case.

[signature]

Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

For Elizabeth M. Callahan
U.S. Probation Officer

Executed on February 24, 2006
Place Minneapolis

c: United States Sentencing Commission

SCANNED
MAR 2 2006
U.S. DISTRICT COURT MPLS