Prob 49

RECEIVED
MAR 1 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Darryl Lamont Davis

Docket No. 0:01CR00227-001(JRT)

## HEARING WAIVER

I, Darryl Lamont Davis, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall participate for an additional period of 30 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

Signed: Darryl Davis
Darryl Lamont Davis
Supervised Releasee

Witness: Elizabeth M [signature]

Dated: 2/13/06

SCANNED
MAR 2 2006
U.S. DISTRICT COURT MPLS