PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT RECEIVED

SEP 27 2006

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Darryl Lamont Davis**

**Docket No. 0:01CR00227-001(JRT)**

**Petition on Supervised Release**

COMES NOW **Elizabeth M. Callahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Darryl Lamont Davis** who was sentenced for Possession with Intent to Distribute Cocaine Base on March 20, 2003, by the Honorable John R. Tunheim, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug aftercare and no association with Family Mob gang members
- 60 days home confinement (modified on January 13, 2006)
- 30 days home confinement (modified on March 1, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION #7: The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

On August 29, 2006, Mr. Davis submitted a urine specimen which tested positive for cocaine. He denied use of that controlled substance.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 90 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 26th day of Sept., 2006, and ordered filed and made a part of the records in the above case.

John R. Tunheim

Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Elizabeth M. Callahan

Elizabeth M. Callahan
U.S. Probation Officer

Executed on September 21, 2006
Place Minneapolis

SCANNED
SEP 28 2006
U.S. DISTRICT COURT MPLS

c: United States Sentencing Commission