PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
OCT 12 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Darryl Lamont Davis**

**Docket No. 0:01CR00227-001(JRT)**

**Petition on Supervised Release**

COMES NOW **Elizabeth M. Callahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Darryl Lamont Davis** who was sentenced for Possession with Intent to Distribute Cocaine Base on March 20, 2003, by the Honorable John R. Tunheim, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug aftercare, no association with Family Mob
60 days home confinement (modified January 13, 2006)
30 days home confinement (modified March 1, 2006)
90 days home confinement (modified September 28, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION #7: The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

On September 20, 2006, Mr. Davis submitted a urine specimen which tested positive for cocaine. He admitted to the use of both cocaine and Ecstasy.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 10th day of October, 2006, and ordered filed and made a part of the records in the above case.

John R. Tunheim

Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Elizabeth M. Callahan

Elizabeth M. Callahan
U.S. Probation Officer

Executed on October 5, 2006
Place Minneapolis

SCANNED
OCT 12 2006
U.S. DISTRICT COURT MPLS

- summons issued 10/12/06