AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

v.

Case Number: CR 01-227 JRT

Darryl Lamont Davis

RECEIVED
06 OCT 20 PM 3:36
CLERK, U.S. DIST. COURT
MINNEAPOLIS

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 8E**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Judge Jeanne J. Graham**

On: **10/27/06 at 11:00 a.m.**

To answer a(n) Order of the Court.

Brief description of offense:

Violation of Supervised Release

Jackie Ellingson
Jackie Ellingson, Deputy Clerk

Dated: October 12, 2006

RECEIVED
US MARSHALS SERVICE
MPLS MN
2006 OCT 12 P 2:12

SCANNED
OCT 23 2006
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: [1] Elizabeth Callahan Date: 10/20/06

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: US Probation Office - Mpls MN

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______________________

☐ Returned unexecuted: ______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 10/20/06
Date

AL GARBER
Name of United States Marshal

Elizabeth M. Callahan
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure