**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE:Susan Richard Nelson |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 01-227 JRT/FLN |
| | ) | Date: 02/07/07 |
| Darryl Lamont Davis, | ) | Court Reporter: none |
| | ) | Tape Number: 57/0-595 |
| Defendant. | ) | Time Commenced: 3:05 p.m. |
| | | Time Concluded: 3:10 p.m. |
| | | Time in Court: 5 Minutes |

## APPEARANCES:

Plaintiff: Nicole Engisch, Assistant U.S. Attorney
Defendant: Scott Tilsen,
√ To be appointed

Interpreter: ____none______________ Language:___English_____________

Date Charges Filed: 11/16/06 Offense: Violation of Supervised Release
√ Waived Reading of Charges √ Advised of Rights

on Violation of: √ Supervised Release

√ Government moves for detention.
Motion is √ granted, temporary detention ordered.

Next appearance date is Thursday, February 8, 2007 at 2:00 p.m. before U.S. Magistrate Judge Nelson for:
√ detention hrg √ preliminary revocation

Additional Information:

s/AR
Criminal Duty Clerk