AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED

FEB 13 2007

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Minnesota

2006 NOV 17 P 4: 24

RECEIVED
US MARSHALS SERVICE
MPLS MN

UNITED STATES OF AMERICA

V.

Darryl Lamont Davis

## WARRANT FOR ARREST

CASE NUMBER: **CR 01-227 JRT/FLN**

0741-1117-0164-D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Darryl Lamont Davis

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: John R. Tunheim, United States District Court Judge.

Jackie Ellingson

(By) Jackie Ellingson, Deputy Clerk

November 17, 2006 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 2-7-07
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA

SCANNED
FEB 14 2007
U.S. DISTRICT COURT MPLS

criminal\warrant.frm