**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | **COURT MINUTES - CRIMINAL** |
| v. | ) | BEFORE: John R. Tunheim, U.S. District Judge |
| Darryl Lamont Davis, Defendant. | ) | |

| | |
|---|---|
| Case No: | 01-227 JRT/FLN |
| Date: | 3/15/07 |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 10:36 a.m. |
| Time Concluded: | 10:57 a.m. |
| Time in Court: | 21 Minutes |

## APPEARANCES:

Plaintiff: David Steinkamp, Assistant U.S. Attorney
Defendant: Andrew Mohring : FPD 9 CJA 9 Retained 9 To be appointed

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations. 9 Defendant denies allegations.

## ORDERED:

: Supervised Release Revoked
: Defendant remanded to custody of the U.S. Marshal.
: Supervised Release continued through original completion date
: Defendant is sentenced to: Custody of BOP for 7 months with credit for time served

s/LPH
Calendar Clerk